Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of ~~Vermont~~

**FEDERAL FROM 09-10014**

**CIVIL-CRIMINAL**                    ☐ Division

Case No. 5: ~~22~~ 22-cv-162
*(to be filled in by the Clerk's Office)*

**JEFFREY LAMOTHE**
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

**BANKRUPTCY COURT GMAC (DAVID EDWARDS)**
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

**I'LL LET YOU KNOW!**

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s) **PRO-SE**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name **JEFFREY LAMOTHE**
Street Address **17 POTTER AVE APT B**
City and County **GRANVILLE, NY 12832**
State and Zip Code
Telephone Number **802-342-1539**
E-mail Address

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**1**

5189

2:35 - 2:45

ALTERATIONS

JEFFREY P LAMOTHE
BANKRUPTCY FILED JANUARY 09 2009
LAWSUITE   DOCKET 09-10014

MAY 19, 2022   UNITED STATES

RECEIVED
MAY 02 2022
BANKRUPTCY COURT
DISTRICT OF VERMONT

BANKRUPTCY COURT
OF VERMONT

MALPRACTICE

FOURTH OF FOUR MORE

IN RONGH

(ADDRESSED (ONE THRU FIVE AN SIX)

DOCKET 09-10014
DATED JANUARY 09, 2009
MALPRACTICE

DEFENDANTS

① BANKRUPTCY COURT
151 WEST STREET
RUTLAND, VT 05701

④ COHEN & RICE LAWFIRM ?
26 WEST STREET
RUTLAND, VT 05701

② BANKRUPTCY COURT
59-67 MERCHANT ROW
RUTLAND, VT 05701

⑤ UNITE STATES TRUSTEE
?
?

③ BANKRUPTCY COURT
11 ELMWOOD AVE
BURLINGTON, VT 05641

⑥ VERMONT ATTORNEY GENERAL
109 STATE STREET
MONTPELIER, VT 05609-1001

RE; ALTERATION'S, MOTION'S (FROM BANKRUPTCY DOCKET 09-10014
FILED BY COHEN & RICE LAWFIRM (REBBECA RICE) ON JANUARY 09, 200

THIRD ATTEMPT !!!!

2

PREPARED BY: JEFFREY P. LAMOTHE          DATE:

PROJECT TITLE: BANKRUPTCY LAWSUITE FILE 01-09-09

                                        DOCKET 09-10014

1  ALTERATIONS

                    UNITED STATES

                    BANKRUPTCY COURT     MALPRACTICE

                    OF VERMONT

5

6  ALTERATION ONE PRESENTED YEARS AGO "

8  ALTERATION TWO PRESENTED YEARS AGO ",

10  ALTERATION THREE AS FALLOWS !!

12  PLAINTIFF;

14  JEFFREY PETER LAMOTHE
15  17 POTTER AVE APT B        >  PRO-SE
16  GRANVILLE, NY 12832

18  DEFENDANTS;  4 OF 6

20  COHEN & RICE LAW FIRM
21     REBBECA RICE
22     151 WEST STREET              26 WEST STREET
23     RUTLAND, VT 05701           RUTLAND, VT 05701

BANKRUPTCY COURT DOCKET 09-10014 FILED

3

JEFFREY P. LAMOTHE

BANKRUPTCY LAWSUITE FILED 01-09-2009

ALTERATIONS

DOCKET 09-10014

UNITED STATES
BANKRUPTCY COURT
OF VERMONT

MALPRACTICE

BANKRUPTCY COURT
WASHINGTON COUNTY

FEDERAL DIVISION
BANKRUPTCY 09-1001

PLAINTIFF                    V    DEFENDANT'S

JEFFREY P. LAMOTHE                COHEN & RICE LAWFIRM

PRO-SE                           REBECCA RICE

                                 4 OF 6

                    COMPLAINT

RE: MALPRACTICE

① NOT ONLY WHAT THEY DIDN'T DO WRIGHT
      IS WHAT THEY DID WRONG !!

② WHAT HAPPENED TO MY Ⓐ LAND, Ⓑ BUILDINGS ?

③ WHAT HAPPENED TO MY MONTHLY RENTAL INCOMES?

④ WHAT HAPPENED TO MY FOUR HUNDRED THOUSAND EQUITY?

⑤ WHAT HAPPENED TO MY TAX WRIGHT OFF'S & CREDITS?

⑥ WHY HAVE I BEEN DENIED MULTIPLE ATTEMPS OF CREDIT
SINCE TWO THOUSAND AN NINE ASWELL AS THE MOST RECENT
OF SEPTEMBER OF TWO THOUSAND AN TWENTY-ONE ?

⑦ WHY I'AM I GETTING BRIBED, BLACKMAILED AN PROVOKED

4

JEFFREY P. LAMOTHE

BANKRUPTCY COURT LAWSUITE FILED

01-09-2009 DOCKET 09-10014

ALTERATIONS

UNITED STATES

MALPRACTICE

BANKRUPTCY COURT

OF VERMONT

BANKRUPTCY COURT

WASHINGTON COUNTY

FEDERAL DIVISION

BANKRUPTCY 09-10001

PLAINTIFF          V   DEFENDANT

JEFFREY P. LAMOTHE              COHEN & RICE LAWFIRM

PRO-SE                         REBECCA RICE

4 OF 6

ADDITION TO COMPLAINT

(9) MORE WAYS TO PAY FOR MORTGAGES, DO TO SIGNS
OF MALPRACTICE THEN ANYONE IN THE COUNTRY

(10) PLACING DOCKET 707-9-10 AS A FORECLOSURE DURING
THE PROCESS OF BANKRUPTCY ASWELL AS FALLOWING THROUGH
AS A WRONGFULL EVICTION IN DECEMBER OF TWO
THOUSAND AN THIRTEEN.

(11) PLACING DOCKET 496-6-10 AFTER A BANKRUPTCY HADBEEN
FILED, ON JANUARY NINETH OF TWO THOUSAND AN NINE

(12) ADDING MORE DEBT TO CREDIT REPORT AFTER BANKRUPTCY
HADBEEN FILED

5

ALTERATIONS

JEFFREY P. LAMOTHE
BANKRUPTCY COURT LAWSUITE FILED
01-09-2009 DOCKET 09-10014

UNITED STATES
BANKRUPTCY COURT
OF VERMONT          MALPRACTICE

BANKRUPTCY COURT.                    FEDERAL DIVISION
WASHINGTON COUNTY;                      BANKRUPTCY 09-10014

PLAINTIFF                    V    DEFENDANTS

Jeffrey P Lamothe              COHEN & RICE LAWFIRM
                               REBECCA RICE
ADDITION TO COMPLAINT;            4 OF 6

(14) NO ESCROW ACCOUNT FOR ACCOUNTS RECIEVABLE OR DEBT
FROM MY RENTAL PROPERTIES
(15) ALLOWING OUTSIDERS TO INVADE, APPROACH AS WELL
AS FALSIFY INFORMATION
(16) (TIMELY MANNER), (TIMELY MANNER), (TIMELY MANNER)
(17) HAVEING A LAWFIRM WITHOUT A CERTIFIED ACCOUNTANT
(18) RELEASEING ASSETS, TO OTHER THAN MYSELF
(19) HAVEING TWO, THREE POSSIBLY FOUR DIFFERENT FEMALE
BANKRUPTCY JUDGES THROUGH OUT THE SEVEN YEARS
(20) CLERKS AVOIDING ALL ATTEMPTS OF DUE PROCESS
(21) CHANGEING CHAPTERS AS WELL AS FALSE FINDINGS
IN THE PROCESS OF BANKRUPTCY THROUGHOUT THEE SEVEN

JEFFREY LAMOTHE

BANKRUPTCY COURT LAWSUITE

FILED 01-09-2009 DOCKET 09-10014

ALTERATIONS

UNITED STATES
BANKRUPTCY COURT
OF VERMONT

MALPRACTIC

BANKRUPTCY COURT
WASHINGTON COUNTY

FEDERAL DIVISION
BANKRUPTCY 09-1

PLAINTIFF                    V   DEFENDANTS

JEFFREY P. LAMOTHE              COHEN & RICE LAWFIRM

pro-se                          REBECCA RICE

                                4 of 6

ADDITION TO COMPLAINT

(23) TIMELY MANNER, TIMELY MANNER, TIMELY MANNER.

(24) LOSS OF MONIES UP TO ONE HUNDRED THOUSAND
IN RENOVATIONS ALONE, OF MY OWN MONIES.

(25) AFTER WRONGFULL EVICTION IN DECEMBER TWO THOUSAND
AN THIRTEEN OF THEE RUTLAND SHERIFFS DEPARTMENT ASWELL
AS VERMONT STATE POLICE DEPARTMENT, THEE HOUSE IN
PROCTER VERMONT HADBEEN RANSACKED ASWELL EVERYTHING
TAKEN FROM THEE INSIDE ASWELL AS GARAGE.

(26) POSSIBLY FORGERY, MOST TIMES WHEN MALPRACTICE ACCURES

(27) POSSIBLY COVER UP, WHEN MALPRACTICE ACCURES

7

ALTERATIONS

Jeffrey P. Lamothe
Bankruptcy Filed January 09, 2009
Lawsuite Docket 09-10014

United States
Bankruptcy Court
of Vermont

MALPRACTICE

Bankruptcy Court,
Washington Cownty

Federal Division
Bankruptcy 09-10014

PLAINTIFF
Jeffery P. Lamothe
pro-se

V  DEFENDANTS
Cohen & Rice Lawfirm
Rebecca Rice
4 of 6

ADDITION TO COMPLAINTS

(30) DIDN'T Follow protool of an Accountant of
Bankruptcy To File yearly Taxes since 2009

(31) Refused all services of protool aswell as my
many Attempts To address many wrongdoings

(32) Numerous Attempts From myself To Lawyers, Courts,
court clerks, Attorney Generals, Cities, Supreme
court of Appeals, Supreme Court aswell as Three
Superior Courts

(33) No mortgage or combined mortgage has been placed
or enforced Between Three First an Seventh year

Jeffrey P. Lamothe

Bankruptcy Filed January 09, 2009

Alterations        Lawsuite docket 09-10014

United States        Malpractice

Bankruptcy Court

of Vermont

**Bankruptcy Court**        **Federal Division**

Washington County        Bankruptcy 09-10011

Plaintiff        V        Defendants

Jeffrey P Lamothe        Cohen & Rice Law Firm

pro-se        Rebecca Rice

4 of 6

**Addition To Complaints**

(35) Protocol, Protocol, Protocol

(36) Hasn't anybody Listened To Three Court Recording's

(37) Read Paper Trail already presented (Handwritten) myself

(38) Listen To court Recording, In my presents as David
Edwards, Lawyer for GMAC mortgage, what has been
Stated as False Information.

(39) Contempt of Court as well as Breach of contract
has been practice In all matters of Court proceeds

(40) Loss of personel Items, as well as all Tools Needed
for Multiple Industries for myself To make money.

9

JEFFREY P. LAMOTHE
BANKRUPTCY FILED JANUARY 09, 2009
ALTERATIONS      LAWSUITS FROM DOCKET # 09-10014

UNITED STATES                    MALPRACTICE
BANKRUPTCY COURT
OF VERMONT

BANKRUPTCY COURT                    FEDERAL DIVISION
WASHINGTON COUNTY                   BANKRUPTCY 09-10014

PLAINTIFF              ✓  DEFENDANTS
JEFFREY P. LAMOTHE         COHEN & RICE LAWFIRM
PRO-SE                    REBECA RICE
                          4 OF 6

ADDITION TO COMPLAINTS

(43) DO YOU NOW WHAT COURTROOM THIS IS?

(44) DO YOU NOW WHAT I CAN DO WITH FOUR HUNDRED
THOUSAND DOLLARS JUST IN EQUITY?

(45) DO YOU NOW WHAT I CAN DO WITH FOUR THOUSAND
DOLLARS A MONTH RENTAL INCOME?

(46) ACTIONS PROVE I'VE BEEN FILING LAWSUITS TO A
DEAF, DUMB, AN BLIND BAR ASSOCIATION, JUDICIAL BUREAU
LICENSING BOARD, POLICE DEPARTMENTS, CLERKS, JUDGES

(47) WITHHOLDING EVIDENCE IN ALL THIRTEEN COURTROOMS, WILL
FORCE MYSELF NO OPTION TO PLACE LAWSUITES AT STATE

_10_

JEFFREY P. LAMOTHE
BANKRUPTCY FILED JANUARY 09 2009

ALTERATIONS        LAWSUITE FROM DOCKET # 09-10014

UNITED STATES                    MALPRACTICE
BANKRUPTCY COURT
OF VERMONT

BANKRUPTCY COURT                    FEDERAL DIVISION
WASHINGTON COUNTY                    BANKRUPTCY 09-1001

PLAINTIFF            V   DEFENDANTS
JEFFREY P. LAMOTHE        COHEN & RICE LAWFIRM
PRO-SE                REBECCA RICE
                        4 OF 6

ADDITION TO COMPLAINTS

(49) WRONGFULL EVICTION MULTIPLE TIMES IN THE MID
WINTER MONTHS OF PLACES I'VE OWNED ASWELL AS
PLACES I'VE RENTED.

(50) PROBATE COURT OF MY MOTHER MARY ELIZABETH
LAMOTHE HOUSE DOCKET # 312-5-19, ON NINETEEN
JASMIN LANE HADBEEN MISHANDLED!

(51) LOSS OF DRIVERS LICENSE FOR FIVE YEARS AS OF
NOT A MOVEING VIOLATION, AS I USE MY VEHICLE FOR
FLOOR INSTALLATIONS.

(52) CONTEMPT OF COURT ASWELL AS BREECH OF CONTRACTS

11

JEFFREY P. LAMOTHE

BANKRUPTCY FILED JANUARY 09 2009

ALTERATIONS          LAWSUITE FROM DOCKET # 09-10014

UNITED STATES
BANKRUPTCY COURT
OF VERMONT

BANKRUPTCY COURT                    FEDERAL DIVISION
WASHINGTON COUNTY                     BANKRUPTCY 09 2001

PLAINTIFF               ✓      DEFENDANTS

JEFFREY P. LAMOTHE             COHEN & RICE LAWFIRM
PRO-SE                        REBECCA RICE
                                   4 OF 6

ADDITION TO COMPLAINTS

(54) WITHHOLDING EVIDENCE, STOLEN IDENTITY, BIRTH
CERTIFICATE HAD BEEN STOLEN, NO TO WRONGFULL EVICTIONS
ASWELL AS MOST OF PERSONAL INFORMATION AN COURT
DOCUMENTS

(55) WAISTED MANY HOURS OF TRAVEL TIME, ASWELL AS
TIME SPENT AN PREPERATIONS OF DOZEN OF COURT HANDWRITTEN
DOCUMENTS OF A PLAINTIFF IN LAWSUITES.

(56) HOUSES RANSACKED, BROKEN INTO, STOLEN PAPER TRAIL

(57) COST LIVING EXPENSES, LOSS OF WAGES, LOSS RENTAL
INCOME, TAXES NOT BEING FILED, DAMAGES, CONTENTS OF

12

JEFFREY P. LAMOTHE

BANKRUPTCY FILED JANUARY 09 2009

ALTERATIONS          LAWSUITES FROM DOCKET # 09-10014

UNITED STATES
BANKRUPTCY COURT
of VERMONT

BANKRUPTCY COURT                    FEDERAL DIVISION

WASHINGTON COUNTY                    BANKRUPTCY 09-10014

PLAINTIFF              V  DEFENDANTS

JEFFREY P LAMOTHE          COHEN & RICE LAWFIRM

pro-se                REBECCA RICE

                                40F6

ADDITION TO COMPLAINTS

(58) RACKETEERING, CORRUPTION, CONSPIRACY, HUMAN TRAFFICH
MONEY LOITERING, FORGERY, FALSE PAPERTRAIL, INCORRECT
HEADINGS, DEBETORS, DATES, TAPEING, RECORDINGS, VIDEO

(59) CERTIFIED LETTERS WITH RETURN SIGNATURE, up TO SIXTY oF
THEM, WITH NO RESPONSE BESIDES oF JUST A SIGNED GREEN
RECEIPTS.

(60) HAD TWICE AS MUCH MONIES INVESTED IN MY HOUSES THEN
THE FINANCE COMPANY HAD.

(61) FEDERAL ACCOUNTS ON MY CRIMAL RECORD (WRONGFULLY)

(62) WRONGFULL ARREST WARANTS, ASFORE PUBLIC DEFENDER DOINGS.

**Remit Payment To:**

## Rutland County Sheriff's Department

P.O. Box 303
Rutland,  VT  05702

Phone: 802-775-8002
Fax:    802-775-1794

# INVOICE

| | |
|---|---|
| Invoice: | PL 22-53-19 |
| | 5/23/2022 |
| Account: | CP-Lamothe, Jeffrey |

**PAID** 05/23/2022

**Bill To**

Jeffrey Lamothe
17 Potter Avenue, Apt. B
Granville, NY  12832

| P.O. Number | Terms | Ship | Due Date |
|---|---|---|---|
| | Net 15 | 5/23/2022 | 5/23/2022 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1.00 | CP 15% | Service Fee | 50.00 | 50.00 |
| 5.00 | CP Mileage | Mileage | 0.585 | 2.93 |
| 1.00 | CP Postage | Postage | 0.58 | 0.58 |
| 1.00 | CP-Reimb. | Photo Copies | 0.25 | 0.25 |
| | | RE:  Jeffrey Peter Lamothe vs Cohen & Rice Law Firm | | |
| | | Docket #09-10014 | | |

1% per month finance charge added to all unpaid
balances - Net 30 days

| | |
|---|---|
| **Total** | $53.76 |
| **Payments/Credits** | -$53.76 |
| **Balance Due** | $0.00 |

Check/Credit Memo No:

**Make Checks Payable to: Rutland County Sheriff's Department**

**2**

### STATE OF VERMONT

BANKRUPTCY COURT             ☐ CIVIL DIVISION  ☐FAMILY DIVISION

RUTLAND  UNIT                  DOCKET NUMBER 09-10014

### SHERIFF'S RETURN OF SERVICE

| PLAINTIFF(s) | DEFENDANT(s) |
|---|---|
| Jeffrey Peter Lamothe | VS.  Cohen & Rice Law Firm |

| | |
|---|---|
| ☐Summons _____ | ☐Subpoena |
| ☒Complaint _____ | ☐Judgment _____ |
| ☐Exhibits _____ | ☐List of Exemptions _____ |
| ☐Affidavit _____ | ☐Interrogatories _____ |
| ☒Motion _____ | ☐Notice Choose an item. |
| ☒Certificate of Service | ☐Letter _____ |
| ☐Writ | ☒Notice of Appearance |
| ☐Order | ☐Other _____ |

### STATEMENT OF SERVICE FEES

| | |
|---|---|
| SERVICE FEE | $ 50.00 |
| AFFIDAVIT OF ALTERNATIVE SERVICE | $ |
| # MILES  5 | $ 2.93 |
| POSTAGE | $ .58 |
| PHOTO COPIES | $ .25 |
| ELECTRONIC FILING FEE (SHERIFF'S EMAIL)$ | |
| **TOTAL FOR SERVICE** | $ 53.76 |

On the 20 day of May, 2022, I made service / attempted service of the above checked documents upon **Cohen & Rice Law Firm (Rebecca Rice)** at the following address _____

Service was made ☒In hand or ☐via tack or ☐by serving a person of suitable age and discretion, and then a resident at the usual place of abode at 110 Merchants Row 3rd Floor  Rutland VT.
Persons name Rebecca Rice _____ Age _____ Relationship _____

_Jon DeLance_

DEPUTY SHERIFF, RUTLAND COUNTY SHERIFF'S DEPARTMENT

3



88 Grove St
Rutland, VT 05701

**MAIL OR BRING TO
THE SHERIFF'S OFFICE
AS SOON AS POSSIBLE**

OFFICIAL USE ONLY

RUTLAND COUNTY
SHERIFF'S DEPT.
DAVID J. FOX

MAY 20 2022

RECEIVED

PL#_____

To: Plaintiffs
From: Sheriff Stephen P. Benard

**DUE BACK TO COURT BY:** _____
In order to expedite service and keep down the cost of service, information is necessary for you to provide. We need
to know the exact location of the defendant. A Post Office Box or RFD address is not sufficient. <u>A deposit of $75.00 is
required for EACH person that is needed to be served. This is due when process is delivered to our office.</u>

Plaintiff: _Jeffrey P. Lamotte_____ Phone Number: _802-342-1539_

Plaintiffs Address: _17 Potter Ave Apt B Granville, NY 12832_

Defendant: _Cobb & Rice Law Firm (Respsrcs)_ Phone Number: _?_
_Rice_

Defendants Address: _26 West Street Rutland, VT 05701_

Location of Residence (describe specific & physical examples, color, distance from known
landmarks, or junction of
routes/roadways) _Not Sure_
_____
_____
_____

How recent is the Defendants address? _Not Sure_
When is the Defendant likely to be home? _____
Place of Employment: _____ Phone #? _____
Defendants working hours? _____
Defendants Vehicle: Make: _____ Model: _____ Color: _____ Plate: _____
Personal Data: Height: _____ Weight: _____ Approximate Age: _____

## SERVER NOTES:

Spillman: _____ Valcour: _____
PHONE: _____-_____-_____ OR _____-_____-_____
DMV: _____

Attempts: _____ Initial: _____
Attempts: _____ Initial: _____
Attempts: _____ Initial: _____

4

**RUTLAND COUNTY SHERIFF'S OFFICE**
P.O. BOX 303
RUTLAND, VERMONT 05702-0303

**People's United Bank**
51-7218/2211



42351

5/23/2022

PAY TO THE
ORDER OF     Jeffrey Lamothe                                    $  **21.24

Twenty-One and 24/100************************************************************   DOLLARS

Jeffrey Lamothe
17 Potter Avenue, Apt. B
Granville, NY  12832

RUTLAND CTY SHERIFF'S , DAVID J. FOX, SHERIFF

MEMO     PL 22-53-19                                              David J. Fox
                                                                 AUTHORIZED SIGNATURE

⑈042351⑈ ⑉221172186⑉ 0213300065⑈

RUTLAND COUNTY SHERIFF'S OFFICE                                          42351

Jeffrey Lamothe                                       5/23/2022
12015 · Civil Process                                                    21.24

Checkings          PL 22-53-19                                           21.24

**POSTAL SERVICE.**

CPU CIRCLE K
86 WOODSTOCK AVE STE 2
RUTLAND, VT 05701-9993
(800)275-8777

05/20/2022                              09:26 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $1.16 |
| Large Envelope | | | |
| Montpelier, VT 05609 | | | |
| Weight: 0 lb 0.80 oz | | | |
| Estimated Delivery Date | | | |
| Mon 05/23/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70210350000227106688 | | | |
| Total | | | $4.91 |

| First-Class Mail® | 1 | | $1.16 |
|---|---|---|---|
| Large Envelope | | | |
| Burlington, VT 05401 | | | |
| Weight: 0 lb 0.60 oz | | | |
| Estimated Delivery Date | | | |
| Mon 05/23/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70210350000227106756 | | | |
| Total | | | $4.91 |

| First-Class Mail® | 1 | | $1.16 |
|---|---|---|---|
| Large Envelope | | | |
| Burlington, VT 05401 | | | |
| Weight: 0 lb 0.80 oz | | | |
| Estimated Delivery Date | | | |
| Mon 05/23/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70210350000227106671 | | | |
| Total | | | $4.91 |

| First-Class Mail® | 1 | | $1.16 |
|---|---|---|---|
| Large Envelope | | | |
| Rutland, VT 05701 | | | |
| Weight: 0 lb 0.80 oz | | | |
| Estimated Delivery Date | | | |
| Mon 05/23/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70210350000227106664 | | | |
| Total | | | $4.91 |

| First-Class Mail® | 1 | | $1.16 |
|---|---|---|---|
| Large Envelope | | | |
| Rutland, VT 05701 | | | |
| Weight: 0 lb 0.80 oz | | | |
| Estimated Delivery Date | | | |
| Mon 05/23/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70210350000227106657 | | | |
| Total | | | $4.91 |

Grand Total:                            $24.55

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com















**POSTAL SERVICE.**

CPU CIRCLE K
86 WOODSTOCK AVE STE 2
RUTLAND, VT 05701-9993
(800)275-8777

05/20/2022                              09:26 AM

---

Product              Qty   Unit    Price
                            Price

---

First-Class Mail®     1            $1.16
Large Envelope
    Montpelier, VT 05609
    Weight: 0 lb 0.80 oz
    Estimated Delivery Date
        Mon 05/23/2022
    Certified Mail®                 $3.75
        Tracking #:
        70210350000227106688

Total                               $4.91

First-Class Mail®     1            $1.16
Large Envelope
    Burlington, VT 05401
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
        Mon 05/23/2022
    Certified Mail®                 $3.75
        Tracking #:
        70210350000227106756

Total                               $4.91

First-Class Mail®     1            $1.16
Large Envelope
    Burlington, VT 05401
    Weight: 0 lb 0.80 oz
    Estimated Delivery Date
        Mon 05/23/2022
    Certified Mail®                 $3.75
        Tracking #:
        70210350000227106671

Total                               $4.91

First-Class Mail®     1            $1.16
Large Envelope
    Rutland, VT 05701
    Weight: 0 lb 0.80 oz
    Estimated Delivery Date
        Mon 05/23/2022
    Certified Mail®                 $3.75
        Tracking #:
        70210350000227106664

Total                               $4.91

First-Class Mail®     1            $1.16
Large Envelope
    Rutland, VT 05701
    Weight: 0 lb 0.80 oz
    Estimated Delivery Date
        Mon 05/23/2022
    Certified Mail®                 $3.75
        Tracking #:
        70210350000227106657

Total                               $4.91

---

Grand Total:                       $24.55

---

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages -
Sign up for FREE @
https://informeddelivery.usps.com







6





PREPARED BY: JEFFREY P. LAMOTHE          DATE: 08-15-22

PROJECT TITLE: BANKRUPTCY FILED JANUARY 09 2009

ALTERATION FOUR          LAWSUITE DOCKET # 09-10014

UNITED STATES          (THREE MORE PAGES)
BANKRUPTCY COURT
OF VERMONT          (FOUR MORE PAGES)

08-25-2022

RE: MALPRACTICE , (CONTEMPT OF COURT)
                 ( BREECH OF CONTRACT )

PLAINTIFF ; JEFFREY P. LAMOTHE          DATE
            17 POTTER AVE APT B          AUGUST 15, 2022
            GRANVILLE, NY 12832

Jeffrey P. Lamothe

DEFENDANTS;

① BANKRUPTCY COURT          ④ COHEN & RICE LAWFIRM
  151 WEST STREET            26 WEST STREET
  RUTLAND VT 05701           RUTLAND , UT 05701

② BANKRUPTCY COURT          ⑤ UNITED STATES TRUSTEE
  59-67 MERCHNT ROW               ?
  RUTLAND, UT 05701

③ BANKRUPTCY COURT          ⑥ VERMONT ATTORNEY GENERAL
  11 ELMWOOD AVE             109 STATE STREET
  BURLINGTON, UT 05641       MONTPELIER, UT 05669 -100